ANN ZAYKA v. SYNCRO MACHINE COMPANY.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. NELSON GROSSMAN.

May 2, 1978. Petition for certification denied.

DOUGLAS P. BONNET v. ALEXANDER STEWART v. NATIONAL EMBLEM INSURANCE CO.

May 2, 1978. Petition for certification denied. (See 155 *N. J. Super.* 326)

STATE OF NEW JERSEY v. JACK D. CLOTHIER.

May 2, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF WALTER BECHTOLD, DECEASED.

May 2, 1978. Petition for certification denied. (See 156 *N. J. Super.* 194)

NEW JERSEY STATE PAROLE BOARD v. ROBERT JACKSON.

May 2, 1978. Petition for certification denied.